UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., as nominee for InterBay
Funding, LLC,

       Plaintiff,

v

TAMMY CHURCH., CHARLES O. DAVIS,
and the UNITED STATES OF AMERICA,

       Defendants.

Case No.: 1:08-cv-00945
Hon. Paul L. Maloney
Chief U.S. District Judge

| | |
|---|---|
| KURT E. RIEDEL (P27190)<br>CHARITY A. OLSON (P68295)<br>Plunkett Cooney<br>Attorneys for Plaintiff<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4043<br>kriedel@plunkettcooney.com<br>colson@plunkettcooney.com | CAROLYN ANN ALMASSIAN (P63229)<br>Attorney for Def United States of America<br>The Law Bldg.<br>330 Ionia Ave., NW<br>P.O. Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>Carolyn.almassian@usdoj.gov |

## ORDER SETTING ASIDE ENTRY OF DEFAULT AND
## DISMISSING PLAINTIFF'S CLAIMS AS TO DEFENDANT,
## TAMMY CHURCH, WITHOUT PREJUDICE

This matter having come before the Court on Plaintiff's Motion to Set Aside Default and Request for Dismissal of Claims as to Defendant, Tammy Church, Without Prejudice, and the Court being fully advised;

IT IS HEREBY ORDERED that the entry of default as to Tammy Church be and is hereby set aside;

IT IS FURTHER ORDERED that Plaintiff's claims against Tammy Church are hereby dismissed, without prejudice;

IT IS NOTED by this Court that this dismissal of the claims against Tammy Church imports finality to this Court's October 26, 2009 Opinion and Order Granting Defendant's Motion for Summary Judgment;

IT IS FURTHER NOTED by this Court that Plaintiff retains its right to appeal the above-referenced October 26, 2009 Opinion and Order and of any other order and/or ruling in this matter subject to appellate review;

This is a final order which resolves the last pending claim and closes this matter.

IT IS SO ORDERED.

Date: December 14, 2009     HON  /s/ Paul L. Maloney

                                              Hon. Paul L. Maloney
                                              Chief Judge, USDC – WD Michigan